UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-3448
_____

AVCO CORP,
                    Appellant

v.

VERONICA W. SALTZ TURNER
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-04073)
District Judge:  Honorable Joshua D. Wolson
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
on November 8, 2023

Before: RESTREPO, SCIRICA, and SMITH, Circuit Judges


**ORDER AMENDING OPINION**


The opinion filed January 10, 2023, is hereby vacated.  The Clerk is directed to file the amended opinion, which includes clerical changes to correct citation errors on pp. 4–5.  As the changes are clerical in nature, the judgment is unaffected and the time for filing a petition for rehearing remains the same.


                                        By the Court,

                                        s/ L. Felipe Restrepo
                                        Circuit Judge


Dated: January 17, 2024
lmr/cc: All Counsel of Record